1   McGREGOR W. SCOTT
    United States Attorney
2   ROBIN R. TAYLOR
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2700



**FILED**

OCT **2 9** 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08 MJ 0382 KJM<br>08-SW 0467 KJM |
| Plaintiff, ) | APPLICATION FOR UNSEALING<br>ORDER; AND ORDER |
| v.　　　　　　　　　) | |
| GRIS LAST NAME UNKNOWN, ) | |
| Defendant. ) | |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case.  Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008        McGREGOR W. SCOTT
                               United States Attorney

                               By /s/ Robin R. Taylor
                                  ROBIN R. TAYLOR
                                  Assistant U.S. Attorney

1

**Application for Unsealing Order & Order**
**Page 2**

<u>**ORDER**</u>

SO ORDERED:

DATED: October 29, 2008

HON. KIMBERLY MUELLER
United States Magistrate

2